**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 736 MAL 2014
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
FRANKLIN JOHONOSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.